UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV13-05388 JAK (SSx) | Date | July 22, 2015 |
| Title | John Melot v. JAKKS Pacific, Inc., et al. *(Consolidated Case: LA CV13-05487 JAK (SSx): Andrew Dylewicz v. JAKKS Pacific, Inc., et al.)* | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jeremy A. Lieberman | Jonathan J. Lerner |
| | Peter B. Morrison |
| | Maura B. Grinalds |

**Proceedings:** DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS (DKT. 94)

The motion hearing is held. Counsel address the issues raised by the Court with respect to Defendants' Motion to Dismiss Third Amended Complaint for Violation of the Federal Securities Laws (the "Motion"). The Court takes the Motion UNDER SUBMISSION and will issue a ruling.

**IT IS SO ORDERED.**

| | 2 | : | 02 |
|---|---|---|---|
| Initials of Preparer | ak | | |