UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MELOT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JAKKS Pacific, Inc., Stephen G. Berman, and Joel M. Bennett.<br><br>Defendants. | CASE NO. LA CV13-5388 JAK (SSx)<br><br>**JUDGMENT**<br><br>**JS-6** |

1     The Court having dismissed Plaintiff's Third Amended Complaint,

2     IT IS ORDERED that Plaintiff takes nothing, and that the action be dismissed with prejudice.

DATED: December 12, 2016

                           John A. Kronstadt
                       United States District Judge